

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00152-CR

TIMOTHY MATTHEW ROJAS, Appellant

V.

THE STATE OF TEXAS

§  On Appeal from the 78th District Court

§  of Wichita County (DC78-CR2021-0454)

§  November 27, 2024

§  Memorandum Opinion by Justice Bassel

§  (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect that Appellant Timothy Matthew Rojas pleaded "not true" to the allegations in the State's motion to adjudicate. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
Justice Dabney Bassel